IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SALEK and SANAA SALEK, </br> </br>   Plaintiffs, </br> </br> vs. </br> </br> WAL-MART STORES, INC., doing business as WAL-MART and DOES 1 through 100, inclusive, </br> </br>   Defendants. </br> _____ | No. CIV S 02 1985 DFL JFM </br> </br> **ORDER APPROVING DISPOSITION OF PROCEEDS OF JUDGMENT** |

    This matter came before the Court on an ex-parte basis, defendant Wal-Mart having no objection, based on the Petition of Salim Salek, guardian ad litem of George Salek, for disposition of the proceeds of the judgment as to George Salek.

    The Court finds as follows:

    1. Petitioner, Salim Salek, is guardian ad litem of George Salek, an adult person with a disability, and is petitioning the Court for approval of a proposed distribution of the proceeds of the judgment for George Salek.

    2. Petitioner is George Salek's father.

    3. George Salek is an adult "person with a disability" within the meaning of Probate Code §3603.

/ / /

4. George Salek was at all times herein represented by attorneys David L. Goldin, APC, and John M. O'Brien & Associates, PC.

5. The judgment is against defendant Wal-Mart and has been paid by defendant Wal-Mart. Defendant Wal-Mart has no objection to this proceeding and has agreed that the proceeding may be heard ex-parte by this Court.

6. The Court finds that all notices required by law have been given.

Based on the Petition and the findings of the Court, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT:

A. The petition is granted and the proposed disposition of the proceeds of the judgment attributable to George Salek is approved.

B. The proceeds of the judgment approved by this order are on deposit in the trust accounts of David L. Goldin, APC, and shall be disbursed as follows:

> (1) For litigation costs incurred by attorneys for plaintiffs allocable to plaintiff George Salek, in the amount of $124,677, payable to his attorneys.
>
> (2) For attorney fees in the amount of one-third of the net judgment allocable to plaintiff George Salek, in the amount of $318,440, payable to his attorneys.
>
> (3) For outstanding liens and other medical charges, allocable to George Salek, in the amount of $24,040.

C. The remaining balance of the judgment allocable to George Salek, after payment of all allowed fees and expenses, is $613,709. Said amount shall be held in a client trust account of David L. Goldin, APC, for Salim Salek, as guardian ad litem of George Salek, to be paid to a permanent conservator for George Salek to be appointed by the San Diego Superior Court, or as otherwise ordered by said Court.

/ / /

/ / /

/ / /

/ / /

1     D. The remaining balance of outstanding liens and other medical charges, if any,
2     shall be held in a general client trust account of David L. Goldin, APC, to be paid to
3     a permanent conservator appointed by the San Diego Superior Court for George
4     Salek, or as otherwise ordered by said Court.

Date: 7/11/2005

_____
DAVID F. LEVI
Chief United States District Judge